OLIA GARDNER, ADMINISTRATRIX, &c., OF KENNETH GARDNER, DECEASED, DEFENDANT IN ERROR, v. EASTON AND WASHINGTON TRACTION COMPANY, PLAINTIFF IN ERROR.

Submitted March 27, 1911—Decided June 19, 1911.

On error to the Supreme Court, whose decision was based upon the grounds set forth in the following memorandum:

A careful examination of the judicial conduct of the trial discloses no error that should lead to a reversal. The testimony as to the material facts was conflicting, but on a writ of error we do not weigh the proofs. The judgment is affirmed.

For the plaintiff in error, *Smith & Brady*.

For the defendant in error, *William H. Morrow*.

PER CURIAM.

The Supreme Court, on writ of error, affirmed the judgment of the Warren Circuit Court in an action brought to recover damages for the death of plaintiff's intestate, due to a collision caused, as alleged, by the negligence of the motorman in charge of a trolley car of the defendant. We agree with the Supreme Court that the question of the negligence of the motorman and the contributory negligence of plaintiff's intestate were properly submitted to the jury.

The judgment under review should be affirmed.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BOGERT, VREDENBURGH, CONGDON, SULLIVAN, JJ. 10.

*For reversal*—None.